1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8          SAN JOSE DIVISION

9   Raymond A. Shields,                    NO. C 00-20868 JW

10               Petitioner,            **ORDER DEEMING WRIT OF HABEAS**
                                        **CORPUS AS SUBMITTED**
11       v.

12   A.A. Lamarque, Warden,

13               Respondent.

    _____/

14          On October 2, 2009, the Court issued an Order Granting Petitioner's counsel additional time

15   to file a traverse.  The Court set the deadline as November 13, 2009.  (Docket Item No. 84.)  In

16   addition, in light of multiple letters the Court received from Petitioner inquiring about the status of

17   his case, the Court directed counsel to respond to Petitioner's inquiries.  (Id.)  To date, nearly two

18   months later, no traverse has been filed nor is there a motion by counsel for additional time.  In

19   addition, the Court has received two additional inquiries from Petitioner regarding the status of his

20   case.

21          This case has been pending since 2000, thus there is a need to bring it to a close in an

22   expeditious matter to avoid any prejudices to the parties.  Over the last three years, the Court has

23   granted Petitioner's counsel multiple requests for extension of time to file the traverse.  (See

24   Docket.)  In light of counsel's failure to respond to the October 2 Order, and in light of the age of

25   this Petition, the Court now deems the Petition as submitted and will proceed to address its merits in

26   due course.  (See Habeas L.R. 2254-6(c), filing of a traverse is optional.)

27

28

**United States District Court**
For the Northern District of California

1      The Court once again directs counsel to communicate with his client as to the status of the

2  case.

3

4  Dated:  January 6, 2010

5                                                         JAMES WARE
                                                         United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

2

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

Erik G. Babcock erik@babcocklawoffice.com
Gerald August Engler Gerald.Engler@doj.ca.gov

3

Morris Beatus morris.beatus@doj.ca.gov
Nanette Sue Winaker nanette.winaker@doj.ca.gov

4

Peggy S. Ruffra peggy.ruffra@doj.ca.gov

5

**Dated:  January 6, 2010**                                   **Richard W. Wieking, Clerk**

6

7                                                                           **By:      /s/ JW Chambers**

8                                                                                    **Elizabeth Garcia**
                                                                                     **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California