IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Raymond Arthur Shields, | NO. C 00-20868 JW |
| Petitioner, | **ORDER REQUESTING COPIES OF BRIEFS AND EXHIBITS RE: PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| A. A. Lamarque, | |
| Respondent. | |

Presently before the Court is Petitioner's Petition for Writ of Habeas Corpus. (hereafter, "Petition," Docket Item No. 1.) Upon review, the Court finds that it is not in possession of filed copies of the Petition, any exhibits to the Petition, and the Response. (See Docket Item Nos. 1, 32.) The Court finds that it cannot proceed to the merits of the Petition until such documents have been received.

Accordingly, on or before **August 30, 2010**, the California State Attorney General's Office shall lodge with the Court (1) the Petition and any supporting Memorandum, (2) all exhibits to the Petition and Memorandum, and (3) the Response.

Dated: July 27, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Erik G. Babcock erik@babcocklawoffice.com
Gerald August Engler Gerald.Engler@doj.ca.gov
Morris Beatus morris.beatus@doj.ca.gov
Nanette Sue Winaker nanette.winaker@doj.ca.gov
Peggy S. Ruffra peggy.ruffra@doj.ca.gov

**Dated:  July 27, 2010**                            **Richard W. Wieking, Clerk**

                                                      **By:      /s/ JW Chambers
                                                            Elizabeth Garcia
                                                            Courtroom Deputy**